# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

Kenneth Jamal Madden

Plaintiff,   )
             )
             )
v.           )
             )
             )
Tek-Collect, Inc.,   )
Experian Information Solutions, Inc.   )
             )
Defendants   )
             )
             )

RECEIVED

OCT 27 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

## COMPLAINT

Plaintiff Kenneth Jamal Madden ("Plaintiff"), proceeding pro se, alleges as follows:

### I. JURISDICTION AND VENUE

1. This action arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq., and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq

2. Jurisdiction is proper under 28 U.S.C. § 1331 because the claims arise under federal statutes.

3. Supplemental jurisdiction exists under 28 U.S.C. § 1367 over Plaintiff's related state-law claims under the Tennessee Collection Service Act ("TCSA") and Tennessee Consumer Protection Act ("TCPA").

4. Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to these claims occurred in the Western District of Tennessee and Plaintiff resides here.

### II. PARTIES

5. Plaintiff Kenneth Jamal Madden is a natural person residing at 3776 Walden Meadow Drive, Bartlett, Tennessee 38135.

6. Defendant Tek-Collect, Inc. ("Tek-Collect") is an Ohio corporation engaged in debt collection, with its principal office at 871 Park Street, Columbus, Ohio 43215, and may be served via its Tennessee registered agent, CT Corporation System, 300 Montvue Road, Knoxville, Tennessee 37919.

7. Defendant Experian Information Solutions, Inc. ("Experian") is a California corporation operating as a consumer reporting agency, with its principal office at 475 Anton Boulevard, Costa Mesa, California 92626, and may likewise be served through CT Corporation System, 300 Montvue Road, Knoxville, Tennessee 37919.

1

### III. FACTUAL ALLEGATIONS

8. On or about January 30, 2025, Tek-Collect furnished to Experian a tradeline in Plaintiff's name for approximately $2,301, identifying the original creditor as Smile Direct Club / Health Finance.

9. Tek-Collect's Tennessee Collection Agency license (#487) expired December 31, 2024 and was not renewed until October 10, 2025 under new license #2701.

10. Between January and October 2025, Tek-Collect collected and furnished consumer data in Tennessee without a valid license, in violation of state law.

11. Experian published this tradeline in Plaintiff's credit file, showing "Date Opened 01/30/2025" and omitting the Date of First Delinquency, thereby re-aging the account to extend its reporting life.

12. Plaintiff disputed this account with Experian in June, August, and September 2025. Experian verified the account each time without conducting a reasonable reinvestigation.

13. On October 10, 2025, Tek-Collect's license was finally renewed — after Plaintiff's disputes and state inquiries — confirming that its earlier activity was unlicensed.

14. As a direct result, Plaintiff suffered credit denials, emotional distress, and anxiety requiring counseling, documented by a letter from Clover Counseling Services dated October 13, 2025.

### IV. CAUSES OF ACTION

**Count I – FDCPA (15 U.S.C. §§ 1692e & 1692f) – Against Tek-Collect**

15. Tek-Collect misrepresented the legal status of the debt and used unfair or unconscionable means to collect by operating while unlicensed, violating §§ 1692e and 1692f.

Count II – FCRA § 1681i – Against Experian

16. Experian failed to conduct a reasonable reinvestigation of Plaintiff's disputes and continued to report inaccurate data, violating 15 U.S.C. § 1681i(a).

**Count III – FCRA §§ 1681s-2(a)(5) and 1681s-2(b) – Against Tek-Collect (and Experian post-notice)**

17. Tek-Collect furnished information it knew or should have known was inaccurate, failed to accurately report the Date of First Delinquency, and neglected to correct errors after Experian's notice of dispute, violating §§ 1681s-2(a)(5) and (b).

**Count IV – Tennessee Collection Service Act and Tennessee Consumer Protection Act – Against Tek-Collect**

18. Collecting while unlicensed violates T.C.A. § 62-20-105, and such conduct constitutes an unfair or deceptive act under T.C.A. § 47-18-104, entitling Plaintiff to damages and possible treble recovery under § 47-18-109.

**Count V – Negligent and Intentional Infliction of Emotional Distress – Against Both Defendants**

19. Defendants' reckless disregard of statutory duties foreseeably caused Plaintiff severe emotional distress, corroborated by therapist documentation and contemporaneous text communications with his supervisor.

## V. DAMAGES AND RELIEF SOUGHT

|   | Category | Legal Basis | Relief Requested |
|---|---|---|---|
| A. | FDCPA | 15 U.S.C. § 1692k | Statutory + Actual Damages |
| B. | FCRA | 15 U.S.C. §§ 1681n/o | Actual + Punitive |
| C. | TCSA/TCPA | State Law | Treble Damages |
| D. | Emotional Distress | Therapist Evidence | Actual Damages |
| E. | Total (Joint and Several) | All Counts Combined | $150,000 |

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court enter judgment jointly and severally against Defendants for:

a. Actual, statutory, and punitive damages;

b. Treble damages as allowed under Tennessee law;

c. Court costs and any other just relief; and

d. A trial by jury on all issues so triable.

## VII. EXHIBIT INDEX (A–M)

A – TN License Record (Expired 12/31/24)

B – TN License Renewal (Effective 10/10/25)

C – Clover Counseling Letter

D – Texts with Supervisor (Shane)

E – Experian Credit Report (Re-Aged Entry)

F – Experian Dispute Results

G – Updated License Status (10/10/25)

H – Email from TN Commerce Dept. (Savannah Beavers)

I – Transcribed Recordings of Tek-Collect Calls

J – CFPB Complaint Confirmation (ID 251015-24990636)

K – TN DCA Complaint (ID 1110022825)

Exhibit L — Additional Mental-Health Text Evidence

Exhibit M — Letters of Request for MOV freeze to Tek-Collect and Experian

N – Violations of Federal Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.

O – Cross-Reference Chart

## VIII. VERIFICATION AND SIGNATURE

I, Kenneth Jamal Madden, declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted, /s/ Madden  10/27/25

Kenneth Jamal Madden
3776 Walden Meadows Dr.
Memphis, Tennessee
38135
901.426.6629
Kjmadden42@gamil.com

JURY TRIAL DEMANDED

3